**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Amy Louise Haney<br>       Stephen R. Haney<br><br>       <u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 19-22653 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

                          Respectfully submitted,

                          **/s/James C. Warmbrodt, Esquire**
                          James C. Warmbrodt, Esquire
                          Attorney I.D. No. 42524
                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106
                          412-430-3594
                          jwarmbrodt@kmllawgroup.com