NO RESPONDENTS.                  )