**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: STEPHEN R. HANEY AND AMY LOUISE HANEY, | ) Bankr. No. 19-22653 TPA ) |
| Debtors. | ) Chapter 13 ) |
| STEPHEN R. HANEY AND AMY LOUISE HANEY, | ) Docket No. 41 ) Related to Docket No. 34, 38, 39, 40 ) |
| Movants. | ) ) |
| vs. | ) ) Hearing Date & Time: 1/9/2020 at 1:00 p.m. |
| NO RESPONDENTS. | ) |

**CERTIFICATE OF SERVICE**

I, Rodney D. Shepherd, Esquire hereby certifies that a true and correct copy of the Amended Chapter 13 Plan dated January 4, 2020 (Docket No. 38) was served on the 4th day of January, 2020 and the Interim Confirmation Order (Docket No. 34) was served on the 9th day of August, 2019 both by electronic filing, upon the following:

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter 13trusteewdpa.com.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtors
PA I.D. No. 56914

Quicken Loans, Inc.
c/o James Warmbrodt, Esquire
bkgroup@kmallawgroup.com

rodsheph@cs.com
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670