FILED
2/10/20 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

```
IN RE: STEPHEN R. HANEY AND AMY  ) 19-22653 TPA
       LOUISE HANEY,             )
              Debtors.           ) Chapter 13
                                 )
                                 ) Motion No.: WO-3
       AMY LOUISE HANEY,         )
                                 ) Filed Under Local Bank.
              Movant,            ) Rule 9013.4 Para. 6c
                                 )
              vs.                ) Doc. 54
                                 )
       WEST PENN ALLEGHENY       )
       HEALTH SYSTEM,            )
SSN (1) xxx-xx-xxxx              )
SSN (2) xxx-xx-8115
```

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named debtor(s) having filed a Chapter 13 petition and debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 plan,

IT IS THEREFORE, ORDERED that until further order of this Court, the entity from which the debtor receives income:

WEST PENN ALLEGHENY HEALTH SYSTEM
30 Isabella Street
Pittsburgh, PA 15212

shall deduct from said income the sum of **$551.96 Bi-Weekly** beginning on the next pay day following receipt of this order and deduct a similar each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
POB 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall NOTIFY THE Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making of all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to the debtor(s) and this estate.

Dated: February 10, 2020

Consented to:

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Debtors' Attorney

/s/Jana Pail
Jana Pail, Esquire
Office of the Chapter 13
 Trustee

_____
Thomas P. Agresti, Judge         jlm
United States Bankruptcy Court

cc: Debtor(s)
    Attorney for Debtor(s)
    Office of the Standing Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-22653-TPA
Stephen R. Haney                                                          Chapter 13
Amy Louise Haney
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala               Page 1 of 1             Date Rcvd: Feb 10, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2020.
db/jdb         +Stephen R. Haney,    Amy Louise Haney,   868 Flemington Street,   Pittsburgh, PA 15217-2634

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2020 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Rodney D. Shepherd    on behalf of Debtor Stephen R. Haney rodsheph@cs.com
      Rodney D. Shepherd    on behalf of Joint Debtor Amy Louise Haney rodsheph@cs.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                                                          TOTAL: 7