UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 19-22653 TPA |
|     STEPHEN R. HANEY AND AMY LOUISE HANEY, | ) |
| | ) Chapter 13 |
|         Debtors. | ) |
| | ) |
| | ) Docket No. 63 |
| ROCKET MORTGAGE, LLC f/k/a QUICKEN LOANS, | ) Related to Docket No. |
| | ) |
|         Movant, | ) Hearing Date & Time: |
| | ) |
|         vs. | ) Claim No. 4 |
| | ) |
| STEPHEN R. HANEY AND AMY LOUISE HANEY AND RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | ) |
| | ) |
|         Respondents. | ) |

**DECLARATION OF MORTGAGE PAYMENT CHANGE**

And Now, comes the Debtors, Stephen R. Haney and Amy Louise Haney, by and through their attorney, who respectfully represents the following:

1. On or about June 30, 2019, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to correct a previous notice that was filed.

3. Rocket Mortgage filed a Notice of Mortgage Payment Change on 10/13/2021.
   a) The monthly mortgage payment of **$997.46** is being **increased** to **$1,012.43** effective **12/1/2020**.

4. In all other respects the Declaration that was filed shall remain the same.

WHEREFORE, the Debtors requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment according to the above referenced Notice of Mortgage Payment Change commencing with the next distribution in the effective amounts.

Date: 10/20/2021

Respectfully submitted.
/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtors
PA I.D. No. 56914

2403 Sidney Street  
Suite 208  
Pittsburgh, PA 15203  
(412) 471-9670  
rodsheph@cs.com  

## CERTIFICATE OF SERVICE

I, Rodney D. Shepherd, attorney for the debtors, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 20th day of October, 2021, by Electronic Filing, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire | Rocket Mortgage |
| Chapter 13 Trustee | Attn: Maria D. Miksich, Esquire |
| cmecf@chapter13trusteewdpa.com | mmiksich@bkgroup@kmllawgroup.com |

By: /s/ Rodney D. Shepherd  
Rodney D. Shepherd  
Attorney for the Debtors  
PA I.D. No. 56914  
rodsheph@cs.com  
2403 Sidney Street  
Suite 208  
Pittsburgh, PA 15203  
412 471-9670