## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 19-22653 CMB |
| STEPHEN R. HANEY AND | ) |
| AMY LOUISE HANEY, | ) Chapter 13 |
| Debtors. | ) |
| | ) Docket No. 66 |
| ROCKET MORTGAGE, LLC., | ) Related to Docket No. |
| f/k/a QUICKEN LOANS, INC., | ) |
| Movant, | ) Hearing Date & Time: |
| | ) |
| vs. | ) Claim No. 4 |
| | ) |
| STEPHEN R. HANEY AND AMY | ) |
| LOUISE HANEY AND | ) |
| RONDA J. WINNECOUR, | ) |
| CHAPTER 13 TRUSTEE, | ) |
| | ) |
| Respondents. | ) |

### DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtors, Stephen R. Haney and Amy Louise Haney , by and through their attorney, who respectfully represents the following:

1.  On or about June 30, 2019, Debtors filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. Rocket Mortgage, LLC filed a Notice of Mortgage Payment Change.  The monthly mortgage payment of **$1,012.43** is being **increased** to **$1,043.42** effective **12/1/2022**.

WHEREFORE, the Debtors request that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

Date: <u>10/312022</u>

Respectfully submitted.
/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtors
PA I.D. No. 56914
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 31st day of October, 2022, by Electronic Filing, upon the following:

Ronda J. Winnecour, Esquire  
Chapter 13 Trustee  
cmecf@chapter13trusteewdpa.com

Rocket Mortgage, LL  
Attn: Brian C. Nicholas, Esquire  
bnicholas@kmllawgroup.com

By: /s/ Rodney D. Shepherd  
Rodney D. Shepherd  
Attorney for the Debtors  
PA I.D. No. 56914  
rodsheph@cs.com  
2403 Sidney Street  
Suite 208  
Pittsburgh, PA 15203  
412 471-9670