## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 19-22653 JCM |
| STEPHEN R. HANEY AND | ) |
| AMY LOUISE HANEY, | ) Chapter 13 |
| | ) |
| Debtors. | ) |
| | ) Docket No. 69 |
| ROCKET MORTGAGE f/k/a | ) Related to Docket No. |
| QUICKEN LOANS, | ) |
| | ) |
| Movant, | ) Hearing Date & Time: |
| | ) |
| vs. | ) Claim No. 4 |
| | ) |
| STEPHEN R. HANEY AND | ) |
| AMY LOUISE HANEY, | ) |
| Respondents. | ) |

### DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtors, Stephen R. Haney and Amy L. Haney, by and through their attorney, who respectfully represents the following:

1. On or about June 30, 2019, Debtors filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. Rocket Mortgage, filed a Notice of Mortgage Payment Change on October 25, 2023. The monthly mortgage payment of **$1,43.42** is being **decreased** to **$1,014.75** effective **12/1/2023**.

WHEREFORE, the Debtors request that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

Date: 10/26/2023

Respectfully submitted.

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtors
PA I.D. No. 56914
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, attorney for the Debtors, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 26th day of October, 2023, by Electronic Filing, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire | Rocket Mortgage |
| Chapter 13 Trustee | Attn: Denise Carlon, Esquire |
| cmecf@chapter13trusteewdpa.com | dcarlonkmllawgroup.com |

                                              By: /s/ Rodney D. Shepherd
                                                  Rodney D. Shepherd
                                                  Attorney for the Debtor
                                                  PA I.D. No. 56914
                                                  rodsheph@cs.com
                                                  2403 Sidney Street
                                                  Suite 208
                                                  Pittsburgh, PA 15203
                                                  412 471-9670