```
          UNITED STATES BANKRUPTCY COURT
          WESTERN DISTRICT OF PENNSYLVANIA

IN RE: STEPHEN R. HANEY AND  ) 19-22653 JCM
       AMY LOUISE HANEY,     )
            Debtors.         ) Chapter 13
                             )
       STEPHEN R. HANEY,     ) Docket No. 74
                             ) Rel. To Docket Nos.: 20/26,
            Movant,          )              46/48, 53/55
                             )
       vs.                   )
       COUNTY OF ALLEGHENY,  ) Hearing Date & Time:
                             )
            Respondent.      )
       SSN (1) xxx-xx-6497
       SSN (2) xxx-xx-xxxx
```

ORDER OF COURT

AND NOW, this __8th__ day of __April__, 2024, upon consideration of the Motion To Terminate Wage Attachment, it is hereby ORDERED, ADJUDGED and DECREED that the wage attachment in effect on Stephen R. Haney's wages through County of Allegheny, Attn: Payroll Manager, Room 2 Courthouse, Pittsburgh, PA 15219 is terminated. **

SIGNED
4/8/24 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

By the Court:

_____
                    jlm
John C. Melaragno
United States Bankruptcy Judge

** Any party-in-interest may file a written objection(s) to the entry of this Order on or before April 13, 2024. If any objection(s) is filed on or before April 13, 2024, a hearing will be set. If no objection(s) is filed on or before April 13, 2024, the order shall become final effective April 14, 2024. Movant shall serve a copy of the within Order on all parties-in-interest and the mailing matrix and file a certificate of service with the Court.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22653-JCM |
| Stephen R. Haney | Chapter 13 |
| Amy Louise Haney | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephen R. Haney, 868 Flemington Street, Pittsburgh, PA 15217-2634 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

               on behalf of Joint Debtor Amy Louise Haney rodsheph@cs.com

Rodney D. Shepherd
               on behalf of Debtor Stephen R. Haney rodsheph@cs.com

Ronda J. Winnecour
               cmecf@chapter13trusteewdpa.com

S. James Wallace
               on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9