Certificate Number: 20611-PAW-DE-038598156

Bankruptcy Case Number: 19-22653



20611-PAW-DE-038598156

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2024, at 10:09 o'clock PM EDT, Stephen R Haney completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 22, 2024                By:   /s/Kathleen B Mills

                                     Name: Kathleen B Mills

                                     Title: TEN Financial Educator