UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: STEPHEN R. HANEY    ) 19-22653 JCM
AND AMY LOUISE            )
HANEY,                    )
    Debtors.              ) Chapter 13
                          )
AMY LOUISE HANEY,         ) Docket No. 79
                          ) Rel. To Docket No. 19/22, 47/49,
    Movant,               )                      54/56
                          )
    vs.                   )
WEST PENN                 ) Hearing Date & Time:
ALLEGHENY HEALTH          )
SYSTEM.                   )
    Respondent.           )
SSN (1) xxx-xx-xxxx
SSN (2) xxx-xx-8115


ORDER OF COURT

    AND NOW, this __20th__ day of ____June____, 2024, upon the
mutual consent of the parties, it is hereby ORDERED,
ADJUDGED and DECREED that the wage attachment in effect on
Amy Louise Haney's wages through the West Penn Allegheny Health
System, 30 Isabella Street, Pittsburgh, PA   15212 shall be
terminated immediately.


Consented to:
/s/ James Warmbrodt
James Warmbrodt, Esquire
Office of the Chapter 13 Trustee


/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor      By the Court:


                             _____
                                      jlm
                             John C. Melaragno
                             United States Bankruptcy Judge



                             SIGNED
                             6/20/24 11:52 am
                             CLERK
                             U.S. BANKRUPTCY
                             COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 19-22653-JCM

Stephen R. Haney                                                                Chapter 13

Amy Louise Haney

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                Page 1 of 2

Date Rcvd: Jun 20, 2024                 Form ID: pdf900                    Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Amy Louise Haney, 868 Flemington Street, Pittsburgh, PA 15217-2634 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | |
| | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | |

District/off: 0315-2                          User: auto                          Page 2 of 2
Date Rcvd: Jun 20, 2024                    Form ID: pdf900                    Total Noticed: 1

on behalf of Joint Debtor Amy Louise Haney rodsheph@cs.com

Rodney D. Shepherd

on behalf of Debtor Stephen R. Haney rodsheph@cs.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9