```
                UNITED STATES BANKRUPTCY COURT
                WESTERN DISTRICT OF PENNSYLVANIA
IN RE: STEPHEN R. HANEY   ) 19-22653 JCM
       AND AMY LOUISE     )
       HANEY,             )
           Debtors.       ) Chapter 13
                          )
       STEPHEN R. HANEY,  ) Docket No. 79
                          ) Rel. To Docket No. 71/72
           Movant,        )
                          )
           vs.            )
       COUNTY OF          ) Hearing Date & Time:
       ALLEGHENY          )
                          )
           Respondent.    )
       SSN (1) xxx-xx-6497
       SSN (2) xxx-xx-xxxx
```

ORDER OF COURT

AND NOW, this __20th__ day of ____June____, 2024, upon the mutual consent of the parties, it is hereby ORDERED, ADJUDGED and DECREED that the wage attachment in effect on Stephen R. Haney's pension income through the County of Allegheny, Allegheny County Employee's Retirement System, County Office Building, 542 Forbes Avenue, Room 106, Pittsburgh, PA 15219 shall be terminated immediately.

Consented to:
/s/ James Warmbrodt
James Warmbrodt, Esquire
Office of the Chapter 13 Trustee

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor            By the Court:

_____
John C. Melaragno
United States Bankruptcy Judge


SIGNED
6/20/24 11:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-22653-JCM
Stephen R. Haney  Chapter 13
Amy Louise Haney
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Jun 20, 2024  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

**Recip ID**    **Recipient Name and Address**
db    + Stephen R. Haney, 868 Flemington Street, Pittsburgh, PA 15217-2634

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:

**Name**    **Email Address**

Denise Carlon
    on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd

| | |
|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 20, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Joint Debtor Amy Louise Haney rodsheph@cs.com

Rodney D. Shepherd

on behalf of Debtor Stephen R. Haney rodsheph@cs.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9