Certificate Number: 20611-PAW-DE-038617595

Bankruptcy Case Number: 19-22653



20611-PAW-DE-038617595

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 26, 2024</u>, at <u>12:57</u> o'clock <u>AM EDT</u>, <u>Amy Louise Haney</u> completed a course on personal financial management given <u>by internet</u> by <u>Ronda J. Winnecour, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date: <u>June 28, 2024</u>

By: <u>/s/Kathleen B Mills</u>

Name: <u>Kathleen B Mills</u>

Title: <u>TEN Financial Educator</u>