## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: STEPHEN R. HANEY AND AMY LOUISE HANEY, | ) Bankr. N0. 19-22653 JCM ) |
| Debtors. | ) |
| | ) Chapter 13 |
| STEPHEN R. HANEY AND AMY LOUISE HANEY, | ) ) Docket No. 86 |
| | ) |
| Movants, | ) Related to Docket No. 82, 85 |
| | ) ) ) |
| vs. | ) Hearing Date & Time: ) |
| NO RESPONDENTS. | ) |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

(1) The Debtors have made all payments required by the Chapter 13 Plan.

(2) The Debtors are not required to pay any Domestic Support Obligations.

(3) The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(2) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

(4) On 6/22/2024, at Docket Number 82, Debtor complied with the Federal Rule of Bankruptcy Procedure 1007© by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management, with the Certificate of Completion having been previously filed. On 6/28/2024, Co-Debtor complied with the Federal Rule of Bankruptcy Procedure 1007 © by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management, with the Certification of Completion having been previously filed.

(5) This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Stephen R. Haney and Amy Louise Haney about the statements in this Certification and verified the answers in support of this Certification.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd
Attorney for the Debtors
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
rodsheph@cs.com

Dated: 6/28/2024

(412) 471-9670
PA I.D. No. 56914