**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | ) | Case No. 19-22653 JCM |
|    STEPHEN R. HANEY AND | ) | |
|    AMY LOUISE HANEY, | ) | Chapter 13 |
|       Debtors. | ) | |
| | ) | Docket No. 89 |
|    STEPHEN R. HANEY AND | ) | Related to Docket No. 88 |
|    AMY LOUISE HANEY, | ) | |
|       Movants, | ) | Hearing Date & Time: 8/27/2024 at 1:30 p.m. |
| | ) | |
|       vs. | ) | |
| | ) | |
|    CITIZENS BANK, | ) | |
| | ) | |
|       Respondents. | ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF**
**STEPHEN R. HANEY AND AMY LOUISE HANEY**
**REQUESTING SANCTIONS FOR VIOLATION OF AUTOMATIC STAY**

TO THE RESPONDENT(s):

     You are hereby notified that the above Movants seek an order affecting your rights or property.

     You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movants a response to the Motion no later than August 2, 2024 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

     You should take this Notice and Motion to a lawyer at once.

     A hearing will be held on August 27, 2024 at 1:30 p.m. before Judge John C. Melarango in Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service:   July 15, 2024; service by U.S. Mail and electronic filing.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for MovantsApplicants
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA  15203
(412) 471-9670