## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: STEPHEN R. HANEY AND AMY LOUISE HANEY, | ) Bankr. No. 19-22653 JCM ) ) |
| Debtors. | ) Chapter 13 ) |
| STEPHEN R. HANEY AND AMY LOUISE HANEY, | ) ) ) Docket No. 93 ) Related to Docket No. : 18, 44, Claim 5 )                   91, 92 |
| Movants, | ) ) |
| | ) Hearing Date & Time: 8/27/2024 at 1:30 p.m. |
| vs. | ) ) |
| CITIZENS BANK, | ) ) |
| Respondent. | ) |

## CERTIFICATE OF SERVICE

I, Rodney D. Shepherd, Esquire hereby certifies that a true and correct copy of the Motion Requesting Sanctions for Violation of the Automatic Stay, Exhibits A, B, C and D, Proposed Order and Hearing Notice were served by *U.S. Mail, first class, postage pre-paid and **electronic filing on the 15TH day of July 2024, upon the following:

Citizen's Bank*  
RPO18P  
P.O. Box 42002  
Providence, RI 02940-2002

Citizen One*  
P.O. Box 42113  
Providence, RI 02940-2113

Citizens Bank*  
Attn: Lisa M. Cagno  
Bankruptcy Specialist  
One Citizens Bank Way  
 JCA 115  
 Johnston, RI 02919

Ronda J. Winnecour, Esquire  
Chapter 13 Trustee  
cmecf@chapter13trusteewdpa.com

Submitted by: /s/ Rodney D. Shepherd  
Rodney D. Shepherd, Esq.  
Attorney for the Debtors  
PA I.D. 56914  
rodsheph@cs.com  
2403 Sidney Street  
Suite 208  
Pittsburgh, PA 15203  
(412) 471-9670