**Form 300b**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Stephen R. Haney** | : | Case No. 19−22653−JCM |
| **Amy Louise Haney** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 95 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 9/24/24 at 02:30 PM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 26th of July, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 95 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before September 9, 2024**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **September 24, 2024 at 02:30 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22653-JCM |
| Stephen R. Haney | Chapter 13 |
| Amy Louise Haney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 26, 2024 | Form ID: 300b | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen R. Haney, Amy Louise Haney, 868 Flemington Street, Pittsburgh, PA 15217-2634 |
| 15080586 | | First National Bank, P.O. Box 6122, Hermitage, PA 16148-0922 |
| 15080591 | | Sears, P.O. Box 6212, Sioux Falls, SD 57117-6282 |
| 15080593 | | Tors R Us/Synchrony Bank, P.O. Box 530939, Atlanta, GA 30353-0939 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 26 2024 23:58:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 26 2024 23:39:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15080579 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 27 2024 00:09:12 | Aerie, P.O. Box 965059, Orlando, FL 32896-5059 |
| 15117583 | | Email/Text: ally@ebn.phinsolutions.com | Jul 26 2024 23:39:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15080580 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 26 2024 23:39:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15080590 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2024 23:47:48 | Sears, P.O. Box 182149, Columbus, OH 43218-2149 |
| 15090121 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 26 2024 23:39:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 15086460 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 26 2024 23:39:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15080581 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2024 23:58:51 | Cabela's, P.O. Box 82519, Lincoln, NE 68501-2519 |
| 15080582 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2024 23:58:33 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15085382 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2024 23:58:45 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15118828 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2024 23:46:50 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15080583 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 26 2024 23:39:00 | Citizen One, P.O. Box 42113, Providence, RI 02940-2113 |
| 15080584 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 26 2024 23:39:00 | Citizen's Bank, RPO18P, P.O. Box 42002, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2024 | Form ID: 300b | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | Providence, RI 02940-2002 |
| 15080585 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2024 23:39:00 | Comenity/Ultamate Rewards Mastercard, P.O. Box 659820, San Antonio, TX 78265-9120 |
| 15118403 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 26 2024 23:40:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15110228 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 26 2024 23:39:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15116903 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2024 23:46:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15080588 | + | Email/Text: Documentfiling@lciinc.com | Jul 26 2024 23:39:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15118868 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 26 2024 23:46:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15114267 | | Email/Text: bnc-quantum@quantum3group.com | Jul 26 2024 23:40:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15080589 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 26 2024 23:40:00 | Quicken Loans, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 15087545 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 26 2024 23:40:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15080796 | ^ | MEBN | Jul 26 2024 23:34:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15080592 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2024 23:46:02 | TJX Rewards, P.O. Box 530949, Atlanta, GA 30353-0949 |
| 15111832 | | Email/PDF: ebn_ais@aisinfo.com | Jul 26 2024 23:58:44 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15080594 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2024 23:47:42 | Walmart/Synchrony Bank, P.O. Box 960024, Orlando, FL 32896-0024 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15080587 | | Kayla Haney |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 26, 2024 | Form ID: 300b | Total Noticed: 31 |

Date: Jul 28, 2024　　　　　　　　　　Signature:　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Joint Debtor Amy Louise Haney rodsheph@cs.com |
| Rodney D. Shepherd | on behalf of Debtor Stephen R. Haney rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 10