**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

```
IN RE: STEPHEN R. HANEY AND    ) Bankr. No. 19-22653 JCM
       AMY LOUISE HANEY,       )
                               )
              Debtors.         ) Chapter 13
                               )
                               ) Docket No. 98
       STEPHEN R. HANEY AND    ) Rel.To Docket No. 91, 92, 93
       AMY LOUISE HANEY,       )
                               )
                               ) Hearing Date & Time: 8/27/2024
                               )                   at 1:30 p.m.
                               )
              Movants,         )
                               )
              vs.              )
                               )
       CITIZEN'S BANK,         )
                               )
              Respondents.     )
```

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion for Sanctions for Violation of the Automatic Stay**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Sanctions for Violation of the Automatic Stay has been received. The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Motion for Sanctions for Violation of the Automatic Stay has been received appears thereon. Pursuant to the Hearing Notice attached with the Motion for Sanctions for Violation of the Automatic Stay responses were to be filed and served no later than August 2, 2024. It is hereby respectfully requested that an order be entered by the Court with respect to the Motion for Sanctions for Violation of the Automatic Stay.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtors
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670

Date: 8/4/2024