UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: STEPHEN R. HANEY AND ) Bankruptcy No. 19-22653 JCM
     AMY LOUISE HANEY,   )
                                )
         Debtors.         ) Chapter 13
                                )
 STEPHEN R. HANEY AND) Docket No. 91
  AMY LOUISE HANEY,   ) Related to Docket No. 18, 44
                                )
                                ) Claim No. 5
         Movants,        )
                                ) Hearing Date and Time: 8/27/2024 at 1:30 p.m.
      vs.              )
                                )
CITIZENS BANK,       )
                                )
         Respondents.  )

**ORDER OF COURT**

AND NOW, to-wit, this 5th day of August, 2024, upon consideration of the Debtors' Motion Requesting Sanctions for Violation of the Automatic Stay and Requesting that the Claim be Deemed Paid in Full, it is hereby ORDERED, ADJUDGED and DECREED that Citizens Bank has violated the automatic stay and shall **on or before September 5, 2024** reimburse the Debtors for the July 2024 payment ($537.16), the August 2024 payment, if made, and the overpayment of $840.25 on the filed claim.

Further, **on or before September 5, 2024**, Citizens Bank shall pay attorney fees in the amount of $1,050.00 to Attorney Rodney D. Shepherd, 2403 Sidney Street, Suite 208, Pittsburgh, PA 15203.

Further, it is Ordered that the loan on the 2015 Doge Ram is deemed to have been paid in full.

BY THE COURT:

_____
jlm
JOHN C. MELARANGO
U. S. BANKRUPTCY JUDGE

SIGNED
8/5/24 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22653-JCM |
| Stephen R. Haney | Chapter 13 |
| Amy Louise Haney | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 05, 2024 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen R. Haney, Amy Louise Haney, 868 Flemington Street, Pittsburgh, PA 15217-2634 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15086460 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 06 2024 01:54:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15090121 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 06 2024 01:54:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 15080584 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 06 2024 01:54:00 | Citizen's Bank, RPO18P, P.O. Box 42002, Providence, RI 02940-2002 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 07, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, |

Case 19-22653-JCM　　Doc 100　　Filed 08/07/24　　Entered 08/08/24 00:30:09　　Desc
Imaged Certificate of Notice　　Page 4 of 4

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 05, 2024 | Form ID: pdf900 | Total Noticed: 4 |

lemondropper75@hotmail.com

Denise Carlon
 on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Denise Carlon
 on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com

Keri P. Ebeck
 on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
 btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
 on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd
 on behalf of Debtor Stephen R. Haney rodsheph@cs.com

Rodney D. Shepherd
 on behalf of Joint Debtor Amy Louise Haney rodsheph@cs.com

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 10