**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| STEPHEN R. HANEY | Case No.:19-22653 |
| AMY LOUISE HANEY | |
| Debtor(s) | |
| | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

---

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 06/30/2019  and confirmed on 08/09/2019 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 212,816.72 |
| Less Refunds to Debtor | 8,847.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 203,969.22 |

| | | |
|---|---|---|
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,800.00 | |
| Trustee Fee | 10,266.40 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,066.40 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAI | 0.00 | 60,650.49 | 0.00 | 60,650.49 |
| Acct: 4439 | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAI | 41.13 | 41.13 | 0.00 | 41.13 |
| Acct: 4439 | | | | |
| ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1277 | | | | |
| CITIZENS BANK NA | 0.00 | 32,229.60 | 0.00 | 32,229.60 |
| Acct: 0417 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 26,165.40 | 0.00 | 26,165.40 |
| Acct: 3340 | | | | |
| | | | | 119,086.62 |
| Priority | | | | |
| RODNEY D SHEPHERD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEPHEN R. HANEY | 1,820.50 | 1,820.50 | 0.00 | 0.00 |
| Acct: | | | | |
| STEPHEN R. HANEY | 1,820.50 | 1,820.50 | 0.00 | 0.00 |
| Acct: | | | | |

19-22653 **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Priority | | | | |
| STEPHEN R. HANEY | 4,102.58 | 4,102.58 | 0.00 | 0.00 |
| Acct: | | | | |
| STEPHEN R. HANEY | 1,103.92 | 1,103.92 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF RODNEY SHEPHERD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RODNEY D SHEPHERD ESQ | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLERK, U S BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX-TPA | | | | |
| | | * * * N O N E * * * | | |
| Unsecured | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 1,782.83 | 1,679.14 | 0.00 | 1,679.14 |
| Acct: 3569 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 10,915.03 | 10,280.21 | 0.00 | 10,280.21 |
| Acct: 0997 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 5,076.23 | 4,781.00 | 0.00 | 4,781.00 |
| Acct: 0110 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 10,350.65 | 9,748.66 | 0.00 | 9,748.66 |
| Acct: 6276 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 4,451.33 | 4,192.44 | 0.00 | 4,192.44 |
| Acct: 1726 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 4,464.75 | 4,205.08 | 0.00 | 4,205.08 |
| Acct: 3565 | | | | |
| CITIZENS BANK NA | 1,930.28 | 1,818.01 | 0.00 | 1,818.01 |
| Acct: 6209 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 2,909.78 | 2,740.55 | 0.00 | 2,740.55 |
| Acct: 8387 | | | | |
| LVNV FUNDING LLC | 15,594.11 | 14,687.16 | 0.00 | 14,687.16 |
| Acct: 3773 | | | | |
| CITIBANK NA** | 3,337.28 | 3,143.18 | 0.00 | 3,143.18 |
| Acct: 5301 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 6,474.47 | 6,097.91 | 0.00 | 6,097.91 |
| Acct: 2927 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 2,131.72 | 2,007.74 | 0.00 | 2,007.74 |
| Acct: 3941 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 4,305.09 | 4,054.71 | 0.00 | 4,054.71 |
| Acct: 3814 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 2,394.10 | 2,254.86 | 0.00 | 2,254.86 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 133.30 | 125.55 | 0.00 | 125.55 |
| Acct: 7310 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3569 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 71,816.20 |

TOTAL PAID TO CREDITORS 190,902.82

TOTAL CLAIMED
PRIORITY            0.00
SECURED            41.13
UNSECURED        76.250.95

Date: 09/09/2024                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID
#30399
CHAPTER 13 TRUSTEE WD
PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.co
m