| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Stephen R. Haney <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6497 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Amy Louise Haney <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8115 <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    19–22653–JCM | | |

# Order of Discharge                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stephen R. Haney                                    Amy Louise Haney

9/10/24                                     **By the court:** <u>John C Melaragno</u>
                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support
    obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Stephen R. Haney  
Amy Louise Haney  
    Debtors

Case No. 19-22653-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Sep 10, 2024      Form ID: 3180W      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen R. Haney, Amy Louise Haney, 868 Flemington Street, Pittsburgh, PA 15217-2634 |
| 15080586 | | First National Bank, P.O. Box 6122, Hermitage, PA 16148-0922 |
| 15080591 | | Sears, P.O. Box 6212, Sioux Falls, SD 57117-6282 |
| 15080593 | | Tors R Us/Synchrony Bank, P.O. Box 530939, Atlanta, GA 30353-0939 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 11 2024 05:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2024 01:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 11 2024 05:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2024 01:15:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Sep 11 2024 05:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 11 2024 01:14:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15080579 | | EDI: SYNC | Sep 11 2024 05:05:00 | Aerie, P.O. Box 965059, Orlando, FL 32896-5059 |
| 15117583 | | EDI: GMACFS.COM | Sep 11 2024 05:05:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15080580 | + | EDI: GMACFS.COM | Sep 11 2024 05:05:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15080590 | | EDI: CITICORP | Sep 11 2024 05:05:00 | Sears, P.O. Box 182149, Columbus, OH 43218-2149 |
| 15090121 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 11 2024 01:14:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 15086460 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 11 2024 01:14:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |

Case 19-22653-JCM  Doc 104  Filed 09/12/24  Entered 09/13/24 00:29:53  Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2024 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15080581 | | EDI: CAPITALONE.COM | Sep 11 2024 05:05:00 | Cabela's, P.O. Box 82519, Lincoln, NE 68501-2519 |
| 15080582 | | EDI: CAPITALONE.COM | Sep 11 2024 05:05:00 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15085382 | | EDI: CAPITALONE.COM | Sep 11 2024 05:05:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15118828 | + | EDI: CITICORP | Sep 11 2024 05:05:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15080583 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 11 2024 01:14:00 | Citizen One, P.O. Box 42113, Providence, RI 02940-2113 |
| 15080584 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 11 2024 01:14:00 | Citizen's Bank, RPO18P, P.O. Box 42002, Providence, RI 02940-2002 |
| 15080585 | | EDI: WFNNB.COM | Sep 11 2024 05:05:00 | Comenity/Ultamate Rewards Mastercard, P.O. Box 659820, San Antonio, TX 78265-9120 |
| 15118403 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 11 2024 01:15:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15110228 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 11 2024 01:14:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15116903 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2024 01:28:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15080588 | + | EDI: LENDNGCLUB | Sep 11 2024 05:05:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15118868 | | EDI: PRA.COM | Sep 11 2024 05:05:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15114267 | | EDI: Q3G.COM | Sep 11 2024 05:05:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15080589 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 11 2024 01:15:00 | Quicken Loans, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 15087545 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 11 2024 01:15:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15080796 | ^ | MEBN | Sep 11 2024 01:10:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15080592 | + | EDI: SYNC | Sep 11 2024 05:05:00 | TJX Rewards, P.O. Box 530949, Atlanta, GA 30353-0949 |
| 15111832 | | EDI: AIS.COM | Sep 11 2024 05:08:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15080594 | | EDI: SYNC | Sep 11 2024 05:05:00 | Walmart/Synchrony Bank, P.O. Box 960024, Orlando, FL 32896-0024 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15080587 | | Kayla Haney |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brent J. Lemon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Joint Debtor Amy Louise Haney rodsheph@cs.com |
| Rodney D. Shepherd | on behalf of Debtor Stephen R. Haney rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 10