IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>STEPHEN R. HANEY<br>AMY LOUISE HANEY<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:19-22653<br><br>Chapter 13<br><br>Document No.: 95 |

### ORDER OF COURT

AND NOW, this ___10th___ day of ___September___, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
9/10/24 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge  jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22653-JCM |
| Stephen R. Haney | Chapter 13 |
| Amy Louise Haney | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 10, 2024 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen R. Haney, Amy Louise Haney, 868 Flemington Street, Pittsburgh, PA 15217-2634 |
| 15080586 | | First National Bank, P.O. Box 6122, Hermitage, PA 16148-0922 |
| 15080591 | | Sears, P.O. Box 6212, Sioux Falls, SD 57117-6282 |
| 15080593 | | Tors R Us/Synchrony Bank, P.O. Box 530939, Atlanta, GA 30353-0939 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 11 2024 01:18:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 11 2024 01:14:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15080579 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2024 01:17:50 | Aerie, P.O. Box 965059, Orlando, FL 32896-5059 |
| 15117583 | | Email/Text: ally@ebn.phinsolutions.com | Sep 11 2024 01:14:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15080580 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 11 2024 01:14:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15080590 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2024 01:17:38 | Sears, P.O. Box 182149, Columbus, OH 43218-2149 |
| 15090121 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 11 2024 01:14:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 15086460 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 11 2024 01:14:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15080581 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2024 01:29:00 | Cabela's, P.O. Box 82519, Lincoln, NE 68501-2519 |
| 15080582 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2024 01:17:58 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15085382 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2024 01:17:39 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15118828 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2024 01:18:27 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15080583 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 11 2024 01:14:00 | Citizen One, P.O. Box 42113, Providence, RI 02940-2113 |
| 15080584 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 11 2024 01:14:00 | Citizen's Bank, RPO18P, P.O. Box 42002, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Providence, RI 02940-2002 |
| 15080585 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2024 01:15:00 | Comenity/Ultamate Rewards Mastercard, P.O. Box 659820, San Antonio, TX 78265-9120 |
| 15118403 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 11 2024 01:15:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15110228 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 11 2024 01:14:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15116903 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2024 01:17:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15080588 | + | Email/Text: Documentfiling@lciinc.com | Sep 11 2024 01:14:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15118868 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 11 2024 01:28:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15114267 | | Email/Text: bnc-quantum@quantum3group.com | Sep 11 2024 01:15:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15080589 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 11 2024 01:15:00 | Quicken Loans, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 15087545 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 11 2024 01:15:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15080796 | ^ | MEBN | Sep 11 2024 01:10:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15080592 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2024 01:18:15 | TJX Rewards, P.O. Box 530949, Atlanta, GA 30353-0949 |
| 15111832 | | Email/PDF: ebn_ais@aisinfo.com | Sep 11 2024 01:18:27 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15080594 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2024 01:28:51 | Walmart/Synchrony Bank, P.O. Box 960024, Orlando, FL 32896-0024 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15080587 | | Kayla Haney |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2024 | Form ID: pdf900 | Total Noticed: 31 |

Date: Sep 12, 2024                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Brent J. Lemon
   on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com

Denise Carlon
   on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com

Denise Carlon
   on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
   on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd
   on behalf of Joint Debtor Amy Louise Haney rodsheph@cs.com

Rodney D. Shepherd
   on behalf of Debtor Stephen R. Haney rodsheph@cs.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 10